# United States District Court
# District of Massachusetts

JOHN J. CONNOLLY, JR.,

    V.                          CIVIL ACTION NO. 2004-12396-JLT

UNITED STATES OF AMERICA.

## ORDER ON MOTION TO STAY, ETC. (#3)

COLLINGS, U.S.M.J.

      It is ORDERED that the Motion to Stay Movant's Title 28 U.S.C. § 2255 Proceedings in Light of Newly Discovery Evidence (#3, filed December 6, 2004) be, and the same hereby is, ALLOWED to the extent that the movant shall have until the **close of business on Friday, April 29, 2005** to file an Amended § 2255 Motion in which all grounds for relief are stated.  If an Amended § 2255 Petition is not filed by April 29th, the Court will proceed on the basis of the motion presently on file.

/s/ Robert B. Collings

ROBERT B. COLLINGS
United States Magistrate Judge

January 5, 2005.