UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN J. CONNOLLY, JR.<br>Petitioner<br><br>VS.<br><br>UNITED STATES OF AMERICA<br>Respondent | CASE NO.: 1:04-CV-12396 |

## NOTICE OF APPEARANCE OF COUNSEL FOR
## THE PETITIONER JOHN J. CONNOLLY, JR.

PLEASE TAKE NOTICE that I, **E. Peter Mullane, Esquire**, hereby enter my appearance as co-counsel on behalf of the **Petitioner John J. Connolly, Jr.** in the above-captioned case. Therefore, service of all pleadings, documents, notices and papers should now be effected in accordance with my address as noted hereinafter.

E. Peter Mullane, Esquire
BBO #360000
MULLANE, MICHEL & McINNES
132 Mount Auburn Street
Cambridge, MA 02138-5736
Tel.: (617) 661-9000
Fax: (617) 661-2915
E-Mail: peter@3mlaw.com

DATED: April 7, 2005

## CERTIFICATE OF SERVICE

I, E. Peter Mullane, Esquire, hereby certify that a true copy of the foregoing Notice of Appearance was duly served upon the U.S. Attorney's Office, United States District Court, John Joseph Moakley U.S. Courthouse, 1 Courthouse Way, Boston, MA 02210, on April 7, 2005, by delivery in hand.

E. Peter Mullane., Esquire