# United States District Court
# District of Massachusetts

JOHN J. CONNOLLY, JR.,

    V.                            CIVIL ACTION NO. 2004-12396-JLT

UNITED STATES OF AMERICA.

# ORDER

COLLINGS, U.S.M.J.

    Pursuant to Rule 4 of the Rules Governing Section 2255 Cases, the Clerk of this Court is hereby ordered to serve a copy of the Motion Under 28 U.S.C. § 2255 To Vacate, Set Aside, Or Correct Sentence By A Person In Federal Custody and the Petitioner's Motion for Leave to Amend his Original 28 USC § 2255 [sic] Pursuant to Fed. R. Civ. P. Rule 15(a) (#9) by mailing copies of the same, certified mail, return receipt requested, to the United States Attorney for the District of Massachusetts.

    It is hereby ordered that the United States Attorney shall, within 20 days of receipt of this Order, file an answer or other appropriate response to the

Motion Under 28 U.S.C. § 2255, Etc. as amended.

        /s/ Robert B. Collings
        ROBERT B. COLLINGS
        United States Magistrate Judge

April 7, 2005.