UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOHN J. CONNOLLY, JR.           )
                                )
        V.                      )CIVIL ACTION No. 2004-12396-JLT
                                )
UNITED STATES OF AMERICA        )

## MOTION FOR EXTENSION OF TIME

Comes now the United States of America, by and through its undersigned counsel, to request an extension of time until May 16, 2005 to file the Government's response to the 28 U.S.C. § 2255 filings referred to in the Court's Order dated April 7, 2005.

In support of this motion, the undersigned respectfully represents the following:

1.  The undersigned was lead counsel in the prosecution of the Petitioner, John J. Connolly, Jr., in the matter known as United States v. John J. Connolly, Jr., et al, Criminal Number 99-10428-JTL.  As lead counsel in that case, and as a Special Attorney in the U.S. District Court for the District of Massachusetts, the undersigned will be responsible for preparing the Government's response in this civil action.

2.  The Court's Order dated April 7, 2005 was not received by the undersigned until the afternoon of April 13, 2005 when a copy of the Order was facsimiled to the United States Attorney's Office in New Haven by the U.S. Attorney's Office for the

District of Massachusetts.[1]

3. The undersigned was required to be in New York City on previously scheduled Government business on April 14, 2005.

4. Further, the undersigned will be leaving the country on April 16, 2005 and will not be returning until the evening of Sunday, April 24, 2005.

It is respectfully submitted that given the foregoing facts and circumstances, an extension of time until May 16, 2005 for the filing of the Government's response to the 28 USC § 2255 submissions referred to in the Court's Order is appropriate and reasonable.

WHEREFORE, the Government respectfully requests an extension of time until May 16, 2005 for filing its response to the Petitioner's submissions referred to in the Court's April 7, 2005 Order.

                Respectfully submitted,

                MICHAEL J. SULLIVAN
                United States Attorney

                  /s/ John H. Durham

                JOHN H. DURHAM
                Special Attorney
                Justice Task Force
                c/o U.S. Attorney's Office
                157 Church Street, 23rd Floor
                New Haven, CT 06510
                (203) 821-3700

---

[1] To date no ECF notification of the Court's April 7, 2005 Order has been received by the undersigned.

CERTIFICATE OF SERVICE

This is to certify that copies of the foregoing Government's Motion for Extension of Time were mailed this 15th day of April, 2005 to the following:

>Robert M. Goldstein
>Attorney at Law
>20 Park Plaza, Suite 903
>Boston, Massachusetts 02116
>
>E. Peter Mullane, Esq.
>Mullane, Michel & McInnes
>132 Mount Auburn Street
>Cambridge, Massachusetts 02138
>
>Edward J. Lonergan, Esquire
>101 Merrimac Street., Suite 800
>Boston, Massachusetts   02114

>>    /s/ John H. Durham
>>JOHN H. DURHAM
>>Special Attorney