UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 1:04-CV-12396-JLT |
| | : | |
| JOHN J. CONNOLLY, JR. | : | May 16, 2005 |

## APPEARANCE

       To the Clerk of this Court and all parties of record:    Enter my appearance as counsel in this

case for the United States of America.

                                   Respectfully submitted,

                                   MICHAEL J. SULLIVAN
                                   UNITED STATES ATTORNEY


                                   /s/ William J. Nardini


                                   WILLIAM J. NARDINI
                                   SPECIAL ATTORNEY
                                   United States Attorney's Office
                                   157 Church Street, 23rd Floor
                                   New Haven, CT  06510
                                   Tel.: (203) 821-3700
                                   Fax: (203) 773-5377
                                   william.nardini@usdoj.gov


                         CERTIFICATE OF SERVICE

       This is to certify that a copy of this Response was delivered this 16th day of May 2005 to:

E. Peter Mullane, Esq.                  Edward J. Lonergan, Esq.
Mullane, Michel & McInnes               101 Merrimac Street (Suite 800)
132 Mount Auburn Street                 Boston, MA 02114-9601
Cambridge, MA 02138-5736


                                   /s/ William J. Nardini


                                   WILLIAM J. NARDINI
                                   SPECIAL ATTORNEY