UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN J. CONNOLLY, JR.<br>    Petitioner<br><br>VS.<br><br>UNITED STATES OF AMERICA<br>    Respondent | CIVIL ACTION NO. 2004-CV-12396-JLT |

## NOTICE OF APPEAL

NOW COMES John J. Connolly, Jr. (hereinafter, the "Petitioner"), by and through his undersigned counsel, and pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure, hereby files this Notice of Appeal to the Court of Appeals for the First Circuit, from the Order denying the Motion to Vacate (28 U.S.C. §2255) as to John J. Connolly, Jr., entered by the United States District Court on November 17, 2005.

DATED: November 18, 2005

Respectfully submitted,

**JOHN J. CONNOLLY, JR**.
By his attorneys,

/s/ Edward J. Lonergan
_____
Edward J. Lonergan, Esquire
BBO #303960
101 Merrimac Street (Suite 800)
Boston, MA 02114-9601
Tel: (617) 371-0430
Fax: (617) 227-7177
E-Mail: edwardlonergan@aol.com

2

/s/ E. Peter Mullane
_____
E. Peter Mullane, Esquire
BBO #360000
MULLANE, MICHEL & McINNES
132 Mount Auburn Street
Cambridge, MA 02138-5736
Tel.:  (617) 661-9000
Fax:  (617) 661-2915
E-Mail:  peter@3mlaw.com

**CERTIFICATE OF SERVICE**

    I, Edward J. Lonergan, Esquire, hereby certify that a true copy of the foregoing Notice of Appeal was duly served this 18th day of November, 2005, upon John H. Durham, Assistant U.S. Attorney, by first class mail, postage prepaid, addressed as follows:

> John H. Durham, Asst. U.S. Attorney
> U.S. Attorney's Office
> 157 Church Street (23rd Floor)
> New Haven, CT 06510

        /s/  Edward J. Lonergan
        _____
        Edward J. Lonergan, Esquire