UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * * * * | |
| v. | * * | ~~Criminal Action No. 99-10428-JLT~~<br>Civil Action No. 04-12396 |
| | * * | |
| JOHN J. CONNOLLY, JR. | * * | |

ORDER

January 18, 2006

TAURO, J.,

In response to the Order of the First Circuit entered January 6, 2006, this court states that there is no merit to any of the assertions proffered by the Petitioner, John J. Connolly, Jr., in his December 26, 2005 Application for Certificate of Appealability. The Petitioner has had a full and fair trial, and a full and fair hearing on appeal. Nonetheless, the Petitioner has asserted "a series of acts, and failures to act" that he claims have yet to be reviewed with specificity on appeal. For this reason only, the Application for Certificate of Appealability was allowed. It is the position of this court, however, that the Petitioner has not made a substantial showing of the denial of a constitutional right. Upon reconsideration, therefore, this court finds that the Certificate of Appealability should have been denied.

United States District Judge