MANDATE

# United States Court of Appeals
## For the First Circuit

---

No. 05-2773

JOHN J. CONNOLLY, JR.,

Petitioner, Appellant,

v.

UNITED STATES,

Respondent, Appellee.

---

Before

Torruella, Lynch and Howard,
<u>Circuit Judges</u>.

---

**JUDGMENT**
**Entered: August 30, 2006**

After carefully reviewing the record, we deny petitioner's request for a certificate of appealability. We add only the following.

Insofar as petitioner seeks to rely on the decisions in <u>Apprendi</u> v. <u>New Jersey</u>, 530 U.S. 466 (2000), and <u>United States</u> v. <u>Booker</u>, 543 U.S. 220 (2005), his claim fails because neither case is retroactively applicable to cases on collateral review. <u>Sepulveda</u> v. <u>United States</u>, 330 F.3d 55, 61-63 (1st Cir. 2003) (<u>Apprendi</u>); <u>Cirilo-Munoz</u> v. <u>United States</u>, 404 F.3d 527, 532-33 (1st Cir. 2005) (<u>Booker</u>). His claim that the sentencing court erred by failing to conduct judicial fact finding has already been rejected by this court on direct review. <u>United States</u> v. <u>Connolly</u>, 341 F.3d 16 (1st Cir. 2003). Since his substantive claims are without merit, petitioner could not have suffered any cognizable prejudice from any alleged procedural errors below.

The request for a certificate of appealability is <u>denied</u> and the appeal is <u>terminated</u>.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

*[signature]*
Deputy Clerk

Date: 10/23/06

By the Court:

Richard Cushing Donovan, Clerk.

MARGARET CARTER

By: _____
    Chief Deputy Clerk.

[cc: E. Peter Mullane, Esq., Edward J Lonergan, Esq.,
John H. Durham, AUSA, William J. Nardini, AUSA,
John J. Connolly, Jr.]